**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **DOMINGO LOPEZ ACEYTUNO,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-1933-KC** |
| | § | |
| **JUAN LOPEZ, et al.,** | § | |
| | § | |
| **Respondents.** | § | |

**ORDER**

On this day, the Court considered the case. On July 17, 2026, Domingo Lopez Aceytuno filed a Petition for Writ of Habeas Corpus, ECF No. 3. On July 20, the Court ordered Lopez Aceytuno, by no later than August 10, to file a response, stating the date of his last entry into the United States, if he had previously been detained by immigration authorities and if so, if he was released, and if his immigration proceedings were pending or if he had a final order of removal. July 20, 2026, Order, ECF No. 2. When this deadline passed without Lopez Aceytuno filing any response, the Court ordered him to do so and to show cause for his failure to comply with the previous deadline by September 1. Aug. 11, 2026, Order, ECF No. 6.

This deadline has now passed, and Lopez Aceytuno has not filed any response to the Court's Order. The Court notes that Lopez Aceytuno appears to not have received the Court's Order. *See* Returned Mail ("Return to Sender – Detainee has been released"), ECF No. 9. However, it is Lopez Aceytuno's obligation to stay apprised of developments in this case and update the Court with a reliable address.

Accordingly, the Court **ORDERS** that the Petition is **DISMISSED** without prejudice for failure to prosecute.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED this 2nd day of September, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE